# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2015

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Keith D. Goodman
v. Harold W. Clarke, Director, Virginia Department of
Corrections, et al.
No. 15-6390
(Your No. 15-6042)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on
August 31, 2015 and placed on the docket October 5, 2015 as No. 15-6390.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst